Kevin J. Holl, SBN 124830
Anne H. Nguyen, SBN 227079
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, California  94108
Telephone:  (415) 421-3100
Facsimile:  (415) 421-3150

Attorneys for Defendant
DOLLAR FINANCIAL GROUP

Nicholas J. Bontrager, Esq., SBN 252114
**KROHN & MOSS, LTD.**
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90036
Telephone:  (323) 988-2400
Facsimile:  (866) 802-0021

Attorneys for Plaintiff
KEINYATEY D. CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEINYATEY D. CHAMBERS,<br><br>            Plaintiff,<br>     vs.<br><br>DOLLAR FINANCIAL GROUP a/k/a MONEY MART,<br><br>            Defendant. | Case No.:   2:09-CV-01587-GEB-JFM<br><br>**JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO SEPTEMBER 22, 2009.**<br><br>**Complaint Filed:  June 8, 2009** |
|---|---|

Plaintiff KEINYATEY D. CHAMBERS and Defendant DOLLAR FINANCIAL GROUP by and through their counsel hereby stipulate:

WHEREAS the Complaint in the above-captioned action was filed by Plaintiff Keinyatey D.

1  Chambers on June 8, 2009; and

2      WHEREAS Defendant signed a Waiver of the Service of Summons on July 8, 2009; and

3      WHEREAS the parties, by counsel, on August 4, 2009, agreed that Defendant may respond by
4  September 7, 2009; and

5      WHEREAS counsel for Defendant requires additional time to fully review and investigate all
6  causes of action stated in the Complaint prior to filing an answer or response to the Complaint; and

7      WHEREAS, the parties, by counsel, and pursuant to L.R. 6-144, agree that Defendant shall have
8  an additional 15 (fifteen) days up to and including September 22, 2009 within which to answer or
9  otherwise respond to Plaintiff's Complaint;

10      NOW THEREFORE, THE PARTIES, BY COUNSEL, HEREBY STIPULATE:

11      Defendant may have an extension of 15 (fifteen) days from September 7, 2009 to file their
12  response to Plaintiff's Complaint.  Defendant must answer or otherwise respond by September 22, 2009.

13      In entering into this stipulation, Defendant does not hereby waive any defense to the Complaint.

14

15  **IT IS SO STIPULATED:**

16  Dated: September 3, 2009                                        GORDON-CREED, KELLEY,
17                                                                       HOLL & SUGERMAN, LLP,

18

19                                                           By:      /s/
20                                                                     Anne H. Nguyen
                                                                   Attorneys for Defendants
21                                                                     DOLLAR FINANCIAL GROUP

22
23  Dated: September  3, 2009                                       KROHN & MOSS, LTD.

24

25                                                           By:      /s/
26                                                                     Nicholas J. Bontrager
                                                                  Attorneys for Plaintiff
27                                                                    KEINYATEY D. CHAMBERS

28

1
2 **<u>ORDER</u>**

3     The Court, having considered the Parties' Joint Stipulation Extending Defendant Dollar
4 Financial Group's Time to Answer or Otherwise Respond to Plaintiff's Complaint and finding good
5 cause shown, now finds that Defendant's time to answer or otherwise respond to Plaintiff Keinyatey D.
6 Chambers' Complaint shall be extended up to and including September 22, 2009.

7
8     **IT IS SO ORDERED.**

9
Dated: 9/3/09

10
11
12                             By: _____
13                                  United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28