IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KEINYATEY D. CHAMBERS,           )
                                 )
          Plaintiff,             )    2:09-cv-01587-GEB-JFM
                                 )
     v.                          )    ORDER*
                                 )
DOLLAR FINANCIAL GROUP, a/k/a    )
MONEY MART,                      )
                                 )
          Defendant.             )
                                 )
```

The parties' joint-stipulation to stay action pending arbitration is rejected because it is unclear why this action needs to be stayed. Therefore, the status hearing scheduled for October 5, 2009 commencing at 9:00 a.m. remains on calendar.

Dated: September 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

\* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1