IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEINYATEY D. CHAMBERS,

Plaintiff,

v.

DOLLAR FINANCIAL GROUP a/k/a MONEY MART,

Defendant.

2:09-cv-01587

ORDER*

Defendant's status report filed late on September 23, 2009 is stricken since it was not timely filed. Plaintiff's status report which is not the joint-status report required by the Order Scheduling the status conference is also stricken since Plaintiff failed to explain as required in that Order why a joint status report was not filed. Each counsel risks being sanctioned for failure to comply with a Court Order. Since no status report was timely filed, the status conference is rescheduled to commence on November 2, 2009 at 9:00 a.m. A joint status report shall be filed fourteen days before the status conference.

Dated: September 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge

* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

