IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEINYATEY CHAMBERS,  )
                     )
         Plaintiff,  )   2:09-cv-01587-GEB-JFM
                     )
     v.              )   ORDER*
                     )
DOLLAR FINANCIAL GROUP a/k/a MONEY )
MART,                )
                     )
         Defendant.  )
_____)

On September 17, 2009, Defendant Dollar Financial Group ("Defendant") and Plaintiff Keinyatey Chambers ("Plaintiff") jointly stipulated to stay this action pending arbitration of Plaintiff's claims. The Court denied the parties' request to stay the proceedings since there was no showing that the action should be stayed as opposed to dismissed. In response to the Court's order, Defendant filed a motion to compel arbitration of Plaintiff's claims. (Docket No. 16.) Defendant argues in its motion that an order should issue compelling the parties to arbitrate Plaintiff's claims and an order issue staying or dismissing this action pending arbitration. The motion is unopposed.

Plaintiff alleges claims under the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act involving Defendant's allegedly improper attempts to collect on a debt arising from a written loan agreement (the "Loan Agreement") executed by

---

\* This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

Plaintiff and Defendant on December 27, 2008. The Loan Agreement provides: "Each of the parties voluntarily agrees to have all claims or controversies that arise from or relate in any way to our past, present or future business with each other . . . resolved by Binding Arbitration by a single arbitrator in accordance with the Code of Procedure of the National Arbitration Forum." (Nguyen Decl., Ex. A.)

Since it is undisputed that "Plaintiff's action is covered wholly by the arbitration provision[s] to which the parties agreed," this action will be dismissed. Asadorian v. Kuni German Motors, LLC, 2007 WL 4388490, at *6 (D. Or. Dec. 13, 2007)(quoting Moses H. Cone Mem. Hosp. v. Mercury Const. Corp., 460 U.S. 1, 24 (1983))(internal quotations omitted). Where, as here, "the . . . the arbitration agreement is valid and enforceable," and requires binding arbitration of each claim in the complaint, the action should be dismissed following issuance of an order compelling arbitration. Nagrampa v. Mailcoups, Inc., 469 F.3d 1257, 1267 (9th Cir. 2006)(en banc); see also Hamrick v. Aqua Glass, Inc., 2008 WL 2853992, at *7 (D. Or. Feb. 20, 2008)("Dismissal is proper when all of the issues presented in a lawsuit are arbitrable.")(internal citation and quotations omitted).

Therefore, Defendant's motion to compel arbitration is GRANTED and this action is DISMISSED.

Dated: October 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge